THE BROADWAY SAVINGS BANK v. FORBES, *Appellant.*

1. **Interest.** A note bearing a rate of interest until due, bears the same rate after maturity.
2. **Damages** are allowed on negotiable and negotiated notes.*

---

*These syllabi are taken from 9 Mo. App. 575.

Ellis v. Bray.

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*M. Kinealy* for appellant.

*John D. Davis* for respondent.

SHERWOOD, J.—Being satisfied in this behalf with the conclusion reached by the court of appeals, we affirm the judgment. All concur.